1  Ming-Tao Yang (SBN 221295)
     ming.yang@finnegan.com
2  Jeffrey D. Smyth (SBN 280665)
     jeffrey.smyth@finnegan.com
3  FINNEGAN, HENDERSON, FARABOW,
     GARRETT & DUNNER, LLP
4  3300 Hillview Avenue
   Palo Alto, California  94304
5  Telephone:     (650) 849-6600
   Facsimile:     (650) 849-6666
6

7  *Attorneys for Plaintiff*
   *Globe Union Industrial Corp.*
8

9
                    **UNITED STATES DISTRICT COURT**
10                   **NORTHERN DISTRICT OF CALIFORNIA**
                          **OAKLAND DIVISION**
11

12

13 | GLOBE UNION INDUSTRIAL CORP., | CASE NO. 4:24-cv-05205-HSG |
14 | Plaintiff, | **ORDER DENYING ADMINISTRATIVE MOTION UNDER L.R. 7-11 TO RESET THE INITIAL CASE MANAGEMENT CONFERENCE** |
15 | v. | |
16 | MEIJIE FAUCET COMPANY, LTD., | |
17 | Defendant. | |

**ORDER**

Having considered Plaintiff's Administrative Motion Under L.R. 7-11 to Reset the initial Case Management Conference and the reasons for the same, the Court finds that in the interests of justice and to conserve judicial resources, the Case Management Conference is hereby vacated and will be reset after Meijie has answered or otherwise responded to the Complaint.

**IT IS SO ORDERED.**

Dated: 11/7/2024

