1  Marc David Peters (State Bar No. 211725)
   mdpeters@turnerboyd.com
2  Victoria A. Moffa (State Bar No. 332787)
   moffa@turnerboyd.com
3  TURNER BOYD SERAPHINE LLP
   155 Bovet Road, Suite 750
4  San Mateo, CA 94402
   Telephone: (650) 521-5930

5  *Attorneys for Defendant*
   *Meijie Faucet Company, Ltd.*
6

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| GLOBE UNION INDUSTRIAL CORP., | Case No. 4:24-cv-05205-HSG |
| Plaintiffs, | **STIPULATED REQUEST FOR EXTENSION OF TIME FOR DEFENDANT'S RESPONSE TO COMPLAINT AND ORDER** |
| vs. | |
| MEIJIE FAUCET COMPANY, LTD., | |
| Defendant. | |

Pursuant to Civil Local Rules 6.2 and 7.12, Defendant Meijie Faucet Company Ltd. ("Defendant" or "Meijie Faucet") and Plaintiff Globe Union Industrial Corp. ("Plaintiff" or "Globe Union"), by and through their respective counsel, respectfully submit this Stipulation and Proposed Order to extend the deadline for Defendant to answer or otherwise respond to the Complaint in this case.

1. The current deadline for Meijie Faucet to respond to the Complaint is Friday, January 17, 2025, which was set when Meijie Faucet waived service. Dkt. No. 19.

2. Meijie Faucet has only recently engaged litigation counsel, who will be entering an appearance concurrent with this filing.

3. To enable Meijie Faucet's litigation counsel to come up to speed on the case, to facilitate possible resolution or streamlining of issues, and in an effort to preserve the Court's time and resources, the parties have agreed to extend Meijie Faucet's deadline to respond to the Complaint by 32 days, up to and including February 18, 2025 (as the 17th is Washington's Birthday (Presidents' Day)).

THEREFORE the parties respectfully request that the Court issue an order granting a 32-day extension of time for Defendant to respond to Plaintiff's Complaint up to and including February 18, 2025.

The proposed stipulation would not have any significant impact on the overall schedule for the case, given the early stage of these proceedings. The only previous time modification in the case was the Court vacating the then-scheduled Case Management Conference until after the Defendant appeared. *See* Dkt. No. 18.

IT IS SO STIPULATED.

Dated: January 15, 2025                           Respectfully submitted,

    */s/ Marc David Peters*
Marc David Peters (State Bar No. 211725)
mdpeters@turnerboyd.com
Victoria A. Moffa (State Bar No. 332787)
moffa@turnerboyd.com
TURNER BOYD SERAPHINE LLP
155 Bovet Road, Suite 750
San Mateo, CA 94402
Telephone: (650) 521-5930

*Attorneys for Defendant*
*Meijie Faucet Company, LTD.*

    */s/ Jeffrey D. Smyth*
Ming-Tao Yang (SBN 221295)
ming.yang@finnegan.com
Jeffrey D. Smyth (SBN 280665)
jeffrey.smyth@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, LLP
3300 Hillview Avenue Palo Alto, California 94304
Telephone: (650) 849-6600

*Attorneys for Plaintiff*
*Globe Union Industrial Corp.*

## ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1

Pursuant to Civil Local Rule 5-1, I hereby attest that concurrence in the filing of this document has been obtained from the other signatories.

Dated: January 15, 2025

    */s/ Marc David Peters*
Marc David Peters (State Bar No. 211725)
mdpeters@turnerboyd.com

**ORDER**

BEFORE the Court is the parties' Stipulation and [Proposed] Order to extend the deadline for the Defendant to answer or otherwise respond to the Complaint in this case up to and including February 18, 2025.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED this 16th day of January, 2025.

_____
Honorable Haywood S. Gilliam, Jr.
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF CALIFORNIA