Ming-Tao Yang (SBN 221295)
ming.yang@finnegan.com
Jeffrey D. Smyth (SBN 280665)
jeffrey.smyth@finnegan.com
**FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP**
3300 Hillview Avenue
Palo Alto, California 94304
Telephone: (650) 849-6600
Facsimile: (650) 849-6666

*Attorneys for Plaintiff and Counterdefendant Globe Union Industrial Corp.*

Marc David Peters (State Bar No. 211725)
mdpeters@turnerboyd.com
Victoria A. Moffa (State Bar No. 332787)
moffa@turnerboyd.com
**TURNER BOYD SERAPHINE LLP**
155 Bovet Road, Suite 600
San Mateo, CA 94402
Telephone: (650) 521-5930

Brian L. Wamsley (*pro hac vice*)
blw@warefreessola.com
**WARE FRESSOLA MAGUIRE & BARBER LLP**
755 Main Street
Monroe, CT 06468
Telephone: (203) 261-1234

*Attorneys for Defendant and Counterclaimant Meijie Faucet Company, Ltd.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| GLOBE UNION INDUSTRIAL CORP.,<br><br>    Plaintiff and Counterdefendant,<br><br>v.<br><br>MEIJIE FAUCET COMPANY, LTD.,<br><br>    Defendant and Counterclaimant. | CASE NO. 4:24-cv-05205-HSG<br><br>**JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE; ORDER**<br><br>Location: Courtroom 2, 4th Floor<br>Judge: Hon. Haywood S. Gilliam, Jr. |

1  PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(2), the parties
2  hereby stipulate to the dismissal of all claims and counterclaims in the above-captioned action without
3  prejudice. The parties have agreed to resolve all claims and counterclaims concerning the accused
4  products without prejudice and without waiving any rights of the parties, with each party bearing its
5  costs. Therefore, the parties jointly request that the Court issue and order dismissing all claims and
6  counterclaims without prejudice.

Dated: July 21, 2025                      FINNEGAN, HENDERSON, FARABOW,
                                            GARRETT & DUNNER, LLP


                                          By:   */s/ Jeffrey D. Smyth*
                                              Ming-Tao Yang (SBN 221295)
                                               ming.yang@finnegan.com
                                              Jeffrey D. Smyth (SBN 280665)
                                               jeffrey.smyth@finnegan.com
                                              **FINNEGAN, HENDERSON, FARABOW,
                                               GARRETT & DUNNER, LLP**
                                              3300 Hillview Avenue
                                              Palo Alto, California 94304
                                              Telephone:(650) 849-6600
                                              Facsimile: (650) 849-6666

                                          *Attorneys for Plaintiff and Counterdefendant
                                          Globe Union Industrial Corp.*

Dated: July 21, 2025                      TURNER BOYD SERAPHINE LLP / WARE
                                            FRESSOLA MAGUIRE & BARBER LLP


                                          By:   */s/ Marc David Peters*
                                              Marc David Peters (State Bar No. 211725)
                                               mdpeters@turnerboyd.com
                                              Victoria A. Moffa (State Bar No. 332787)
                                               moffa@turnerboyd.com
                                              **TURNER BOYD SERAPHINE LLP**
                                              155 Bovet Road, Suite 600
                                              San Mateo, CA 94402
                                              Telephone:(650) 521-5930

                                              Brian L. Wamsley (*pro hac vice*)
                                               blw@warefreessola.com
                                              **WARE FRESSOLA MAGUIRE
                                               & BARBER LLP**
                                              755 Main Street
                                              Monroe, CT 06468
                                              Telephone:(203) 261-1234

                                          *Attorneys for Defendant and Counterclaimant
                                          Meijie Faucet Company, Ltd.*

**ATTESTATION**

Counsel for Plaintiff and Counterdefendant Globe Union Industrial Corp. hereby attests by his signature below that concurrence in the filing of this document was obtained from counsel for Defendant and Counterclaimant Meijie Faucet Company, Ltd.

Dated: July 21, 2025                                    FINNEGAN, HENDERSON, FARABOW,
                                                                            GARRETT & DUNNER, LLP

                                                                    By:   /s/ Jeffrey D. Smyth
                                                                            Jeffrey D. Smyth
                                                                            *Attorneys for Plaintiff and Counterdefendant*
                                                                            *Globe Union Industrial Corp.*

**ORDER**

Pursuant to the above JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE all claims and counterclaims in the above counterclaims in the above-captioned action are dismissed without prejudice.

**IT IS SO ORDERED.**

Dated: 7/23/2025

*[signature]*
Hon. Haywood S. Gilliam Jr.
United States District Court Judge
Northern District of California